UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BONITO SHIPPING LTD.,

    Plaintiff,

 - against -

KORFEZ MADENCILIK, a.k.a. KORFEZ
MADENCILIK-ISKENDERUN,

    Defendant.
----------------------------------------------------------X

JUDGE SWAIN

07 CIV 8369

07 CV _____
ECF CASE

RECEIVED
SEP 26 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: September 26, 2007
   New York, NY

        The Plaintiff,
        BONITO SHIPPING LTD.,

        By: _____
        Lauren C. Davies (LD 1980)
        Thomas L. Tisdale (TT 5263)
        TISDALE LAW OFFICES, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 – phone
        (212) 869-0067 – fax
        ldavies@tisdale-law.com
        ttisdale@tisdale-law.com