11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
(203) 254-1641

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 20 2007

December 18, 2007

**MEMO ENDORSED**

<u>VIA FACSIMILE 212 805 0426</u>
Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:  **Bonito Shipping v. Korfez Madencilik**
     07 Civ. 08369 (LTS)
     Our Ref: 07-1746

Dear Honorable Madam:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, December 21, 2007 at 11a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On October 1, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the process of maritime attachment on the garnishee banks, no funds have been attached.

As Defendant has not appeared and no funds have been attached, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. We thank your Honor for consideration of this request.

*The conference is adjourned to February 29, 2008 at 11:00 AM.*

Respectfully submitted,

Lauren C. Davies

SO ORDERED.

/s/ 12/19/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies faxed to Pl's Counsel
Chambers of Judge Swain    12-20-07