UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 6 2008

------------------------------------------------X

BONITO SHIPPING LTD.,

                Plaintiff,

   - against -

KORFEZ MADENCILIK, a.k.a. KORFEZ
MADENCILIK-ISKENDERUN,

                Defendant.

07 CV 8369 (LTS)
ECF CASE

------------------------------------------------X

## ORDER OF VOLUNTARY DISMISSAL

        Please take notice, there having been no appearance from the defendant that the above-caption matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). Further, the Ex Parte Order for Process of Maritime Attachment is vacated and any and all funds held under attachment pursuant to the Order shall be released.

Dated: New York, NY
      February 21, 2008

                            THE PLAINTIFF,

                            By: _____
                            Lauren C. Davies (LD 1980)
                            Thomas L. Tisdale (TT 5263)
                            TISDALE LAW OFFICES, LLC
                            11 West 42nd Street, Suite 900
                            New York, NY 10036
                            Tel. (212) 354-0025 / Fax (212) 869-0067
                            ldavies@tisdale-law.com
                            ttisdale@tisdale-law.com

SO ORDERED,

_____ 2/25/2008
U.S.D.J.